AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Pohorelsky, Viktor V. | **2. Court or Organization**<br><br>U.S. District Court, EDNY | **3. Date of Report**<br><br>05/15/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (full) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court
225 Cadman Plaza East
Room 1207
Brooklyn, New York 11201

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pohorelsky, Viktor V. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Studio In A School (teaching) |
| 2. 2014 | Port Washington (NY) School District (teaching) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 28, 2014 | New York City | Annual Dinner | Food, Taxi Service |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pohorelsky, Viktor V. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Department of Education, William D. Ford Federal Direct Loan Program | Student Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pohorelsky, Viktor V. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Apartment; Brooklyn NY | E | Rent | N | W | | | | | |
| 2. Boeing, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 3. Voya Core Equity Research Fund Mutual Fund | A | Dividend | K | T | | | | | |
| 4. Oppenheimer Rochester Fund Municipals Fund A Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Lake Charles, LA vacant lot; undivided one sixth interest | | None | J | W | | | | | |
| 6. Citibank interest bearing checking account | A | Interest | J | T | | | | | |
| 7. Citibank savings account | A | Interest | J | T | | | | | |
| 8. TD Bank Interest Bearing Checking Account | A | Interest | J | T | | | | | |
| 9. Nationwide Insurance IRA - Variable Annuity Contract | | None | K | T | | | | | |
| 10. -NVIT Government Bond Fund | | None | | | | | | | |
| 11. -NVIT Nationwide Fund | | None | | | | | | | |
| 12. Citibank IRA | A | Dividend | J | T | | | | | |
| 13. -ClearBridge Equity Income Builder Fund Class A | A | Dividend | | | | | | | |
| 14. Prudential IRA | A | Dividend | K | T | | | | | |
| 15. -Calamos Growth & Income Fund | A | Dividend | | | | | | | |
| 16. -First Eagle Global Fund | A | Dividend | | | | | | | |
| 17. -Smith Barney Aggressive Growth Fund | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pohorelsky, Viktor V. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Moneymart Assets Inc. Money Market Fund | A | Dividend | | | | | | | |
| 19. Cisco Systems, Inc. Common Stock | A | Dividend | | | Sold | 06/02/14 | J | B | |
| 20. General Electric Co. Common Stock | A | Dividend | | | Sold | 06/10/14 | J | A | |
| 21. Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 22. Johnson & Johnson Co. Common Stock | A | Dividend | J | T | | | | | |
| 23. Microsoft Corp. CommonStock | A | Dividend | J | T | | | | | |
| 24. Education Savings Plan # 1 | | None | K | T | | | | | |
| 25. Scholars Edge: New Mexico 529 Program | | None | K | T | | | | | |
| 26. -Aggressive Portfolio | | None | | | Sold (part) | 02/14/14 | J | A | |
| 27. | | | | | Sold (part) | 10/02/14 | J | A | |
| 28. -Dreyfus Research Growth Portfolio | | None | | | Sold (part) | 02/14/14 | J | A | |
| 29. | | | | | Sold (part) | 10/02/14 | J | A | |
| 30. Moneymart Assets Inc. Money Market Fund | A | Dividend | J | T | | | | | |
| 31. Equitable Whole Life Policy | | None | K | T | | | | | |
| 32. Express Scripts Holding Company | | None | J | T | | | | | |
| 33. SPDR Dow Jones REIT | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pohorelsky, Viktor V. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: The Nationwide Insurance IRA is a Variable Annuity Contract which does not yield income such as dividends or interest. The investment is a purchase of "units" of accounts which are in turn invested in mutual funds. The number of units purchased remains essentially the same (slight deductions are taken annually for administrative fees), but the value of each unit increases or decreases with fluctuations in the mutual funds markets.

Part VII: The Education Savings Plan #1 is an Internal Revenue Code Section 529 Trust administered by a partnership of nationally recognized financial institutions. It is an investment vehicle to provide for higher education expenses for _____ The monies invested (known as contributions) are used to purchase units in various investment portfolios which in turn invest in mutual funds or other investment instruments. The value of each unit increases or decreases with fluctuations in the value of the mutual funds or other investment instruments in which the investment portfolio is invested. No income is received by, and no distributions are made to, the investors except that the investors may redeem units to pay for the educational expenses of the _____ for whose benefit the investment contributions are made.

Part VII: All of the sales noted with respect to the Education Savings Plan #1 constituted withdrawals that were used to pay college expenses for one of the beneficiaries of the plan.

Part VII: The proceeds of the sales of the shares of Cisco Systems, Inc. and General Electric Company were used to fund the down payment on the purchase of a personal weekend residence.

Part VII, Line 3: The mutual fund listed in previous reports as ING Growth and Equity Fund changed its name to Voya Core Equity Research Fund. The increase in the value of that asset is attributable solely to appreciation of its market price.

Part VII: The reduction in value of the Citibank Savings Account was the result of a withdrawal used to fund the down payment on the purchase of a personal weekend residence.

| Name of Person Reporting | Date of Report |
|---|---|
| Pohorelsky, Viktor V. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Viktor V. Pohorelsky**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544